**SO ORDERED.**

**SIGNED this 16 day of July, 2019.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| **In Re:** | **CASE NO:** |
| **Mickey Carl Leggett** | **19-01092-5-JNC** |
| **Debtor** | **CHAPTER 13** |

### CONSENT ORDER ALLOWING CLAIM OF USDA-FSA

This matter comes before the Court upon the consent of the parties regarding a resolution of the pending objection to the claim 4-1 of USDA-FSA.  On April 9, 2019, the Debtor filed an objection to the Claim of USDA-FSA. On April 17, 2019, U.S. Department of Agriculture - Farm Service Agency filed a response.

As shown by their consent, the parties agree that the claim of U.S. Department of Agriculture - Farm Service Agency shall be treated as follows:

| | |
|---|---|
| $5,160.00 | Secured, to accrue interest at the rate of 5.125%, to be paid by the Trustee |
| $86,783.28 | General Unsecured Claim |

WE CONSENT:

*S/ John G. Rhyne*
John G. Rhyne
 Attorney for the Debtor

*S/ Dennis M. Duffy*
Dennis M. Duffy
 Attorney for U.S. Department of Agriculture - Farm Service Agency

*S/ Joseph A. Bledsoe, III*
Joseph A. Bledsoe, III
 Chapter 13 Trustee

END OF DOCUMENT