SO ORDERED.

SIGNED this 20 day of September, 2019.

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| In Re: | CASE NO: |
| **Mickey Carl Leggett** | **19-01092-5-JNC** |
| Debtor | CHAPTER 13 |

**ORDER MODIFYING PLAN**

This matter coming on before the Court upon the Debtor's Amended Motion to Modify Plan, and it appears that all creditors have been served with the Amended Motion and that no objections have been raised, it is hereby ordered that the Debtor's Chapter 13 Plan be modified to provide as follows:

1. Five (5) monthly payments in the amount of $395.00 (this accounts for the payments already made to the Trustee)

2. Followed by Fifty Two (52) monthly payments in the amount of $230.00 per month, with the $230.00 monthly payment to begin during the month of September, 2019; and

3. That Caliber Home Loans receive no more distributions through the Plan.

END OF DOCUMENT